UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DARLA BERRY, | Civil No. 3:20-CV-06234-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will assign the case to a different administrative law judge (ALJ), who will obtain medical expert evidence; reconsider the opinion evidence; further evaluate the claimant's alleged symptoms; reconsider the claimant's residual functional capacity; if warranted, obtain vocational expert evidence; offer the claimant the opportunity for a de novo hearing; and issue a new decision.

The parties' Stipulated Motion for Remand renders as moot the Order Requesting Supplemental Briefing from Defendant (ECF No. 26).

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to

Page 1        ORDER - [3:20-CV-06234-MLP]

reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28

U.S.C. § 1920, upon proper request to this Court.

DATED this 17th day of December, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Danielle R. Mroczek
DANIELLE R. MROCZEK
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2946
Fax:  (206) 615-2531
danielle.mroczek@ssa.gov